# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|                                   |   |                                |
|-----------------------------------|---|--------------------------------|
| CINTYA CASTRO                     | * |                                |
| Plaintiff,                        | * |                                |
| v.                                | * | Civil Action No. 8:18-cv-02421-PX |
| EARLY LEARNING LANGUAGE ACADEMIES, LLC d/b/a WHOLE KIDS ACADEMY, *et al.*, | * | |
| Defendants.                       | * |                                |

***

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Conn Maciel Carey LLP's ("CMC") motion to withdraw as counsel for Defendants. ECF No. 23. Pursuant to Local Rule 101.2.a, CMC's motion is GRANTED as to the individual Defendants. CMC shall be STRICKEN from the records as counsel for Defendants Cassandra Castro and Crystal Esler in the above-captioned matter.

As for the corporate Defendant, Early Learning Language Academies, LLC d/b/a Whole Kids Academy ("WKA"), corporations "must be represented by counsel." Loc. R. 101.1.a. CMC's withdrawal will leave WKA without counsel, which may result in the entry of default judgment against WKA. *See Allied Colloids, Inc. v. Jadair, Inc.*, No. 96-2078, 139 F.3d 887 (Table), 1998 WL 112719, at *1 (4th Cir. Mar. 16, 1998).

Accordingly, pursuant to Local Rule 101.2.b, the Court GRANTS CMC's motion as to WKA, but STAYS the effect of this ruling for **30 days**. On August 3, 2019, CMC shall be STRICKEN from the records as counsel for Defendant WKA in the above-captioned matter. WKA must obtain new counsel on or before **August 3, 2019**. Failure to obtain replacement counsel may result in default as to WKA.

The Clerk shall MAIL copies of this Memorandum Opinion and Order to counsel for Plaintiffs, Conn Maciel Carey LLP's, and Defendants.

 7/3/2019                                             /S/
Date                                              Paula Xinis
                                                  United States District Judge