LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | ) |
| | ) |
| Early Learning Language Academies, LLC, | ) Case No. 19-20397 |
| | ) |
| Debtor. | ) Chapter 11 |
| _____ | ) |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO DISMISS

Having considered Debtor's Emergency Motion to Dismiss this case, and any opposition filed in response thereto, and having found that good cause exists, and that immediate dismissal of this case is in the best interests of debtor, the bankruptcy estate and its creditors and all interested parties, it is hereby

ORDERED that Debtor's Emergency Motion to Dismiss be and hereby is GRANTED;

ORDERED the bankruptcy case of Early Learning Language Academies, LLC, Case No. 19-20397, be and hereby is DISMISSED.

### END OF ORDER

Copies to:    All entities on the Court's mailing list.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–20397 – LSS**   Chapter: **11**

**Early Learning Language Academies, LLC**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 5/1/20.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 5/1/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Chris Adams
410–962–4215

Form ntcdsm