**CALCULATION OF DAMAGES FOR EACH PLAINTIFF**

**Cintya Castro**

| | |
|---|---|
| **Period of Employment:** | **School Year 2015-2016 (50 weeks)** |
| Regular hourly rate: | $17.00 per hour |
| Average Hours worked per week: | 44.5 (paid for only 37.5 hours per week) |
| | |
| Unpaid regular hours per week: | 2.5 hours (40 – 37.5) |
| Regular wages owed per week: | $42.50 (2.5 hours x $17.00 per hour) |
| Total regular wages owed for period: | $2,125.00 ($42.50/week x 50 weeks) |
| | |
| Unpaid overtime hours per week: | 4.5 |
| Overtime rate: | $25.50/hr ($17.00/hr regular rate x 1.5 premium) |
| Overtime wages owed per week: | $114.75 (4.5 hours x $25.50) |
| Total overtime wages owed for period: | $5,737.50 ($114.75/week x 50 weeks) |
| Total wages owed for period: | $7,862.50 ($2,125.00 + $5,737.50) |
| | |
| **Period of Employment:** | **School Year 2016-2017 (48 weeks)** |
| Pay rate: | $18.00 per hour |
| Average Hours worked per week: | 44.5 (paid for only 37.5 hours per week) |
| | |
| Unpaid regular hours per week: | 2.5 hours (40 – 37.5) |
| Regular wages owed per week: | $45.00 (2.5 hours x $18.00 per hour) |
| Total regular wages owed for period: | $2,160.00 ($45.00/week x 48 weeks) |
| | |
| Unpaid overtime hours per week: | 4.5 |
| Overtime rate: | $27.00/hr ($18.00/hr regular rate x 1.5 premium) |
| Overtime wages owed per week: | $121.50 (4.5 hours x $27.00) |
| Total overtime wages owed for period: | $5,832.00 ($121.50/week x 48 weeks) |
| Total wages owed for period: | $7,992.00 ($2,160.00 + 5,832.00) |
| | |
| **Period of Employment:** | **School Year 2017-2018 (26 weeks)[1]** |
| Pay rate: | $18.00 per hour |
| Average Hours worked per week: | 39.5 (paid for only 37.5 hours per week)[2] |
| | |
| Unpaid regular hours per week: | 2.0 hours (39.5 – 37.5) |
| Regular wages owed per week: | $36.00 (2.0 hours x $18.00 per hour) |
| Total wages owed for period: | $936.00 ($36.00/week x 26 weeks) |
| | |
| GROSS WAGES OWED TO CASTRO: | $16,790.50 |

---

[1] Defendants terminated Ms. Castro before she could finish the term.
[2] Ms. Castro has no claim for unpaid overtime during this period because she worked less than 40 hours per week.

**Marcela Latorre**

| | |
|---|---|
| **Period of Employment:** | **School Year 2017 - 2018 (43 weeks)** |
| Regular hourly rate: | $24.42[3] |
| Average Hours worked per week: | 49.13 |
| | |
| Unpaid overtime hours per week: | 9.13 |
| Overtime rate: | $36.63 ($24.42/hr regular rate x 1.5 premium) |
| Overtime wages owed per week: | $334.63 (9.13 hours x $36.63) |
| | |
| GROSS WAGES OWED TO LATORRE: | $14,380.49 ($334.43/week x 43 weeks) |

**Yulisa Delgado**

| | |
|---|---|
| **Period of Employment:** | **School Year 2015 - 2016 (34 weeks)** |
| Regular hourly rate: | $13.00 |
| Average Hours worked per week: | 52.26 |
| | |
| Unpaid overtime hours per week: | 12.26 |
| Overtime rate: | $19.50 ($13.00/hr regular rate x 1.5 premium) |
| Overtime wages owed per week: | $239.07 (12.26 hours x $19.50) |
| Total overtime wages owed for period: | $8,128.38 ($239.07/week x 34 weeks) |
| | |
| Unpaid 400 Hours from 2014: | $5,200 |
| Unpaid Vacation (160 hours x $13.00): | $2,080[4] |
| | |
| GROSS WAGES OWED TO DELGADO: | $15,408.38 |

---

[3] Ms. Latorre was improperly paid a salary instead of an hourly rate as required by the FLSA. Her regular hourly rate is calculated as:

$42,000 annual salary / 43 workweeks = $976.74/week
$976.74 / 40 regular hours per week = $24.42/hour (rounded to closest cent)