| Date | Timekeeper | Hours | Description | Rate | Total |
|---|---|---|---|---|---|
| 3/15/2018 | Philip Zipin | 1.8 | Conf w/client re OT and wage claims, and retaliatory discharge | $ 450.00 | $810.00 |
| 3/16/2018 | Philip Zipin | 1.2 | Draft letter to Cassandra Castro; review file | $ 450.00 | $540.00 |
| 3/19/2018 | Philip Zipin | 0.5 | Email correspondence w/client; review and revise demand letter; conf w/paralegal re creating damages spreadsheet | $ 450.00 | $225.00 |
| 3/20/2018 | Keron Cruz | 1.47 | Work on damages calculations spreadsheet | $ 135.00 | $198.45 |
| 3/20/2018 | Keron Cruz | 0.2 | Conf/ with PZ to review damages spreadsheet. | $ 135.00 | $27.00 |
| 3/21/2018 | Keron Cruz | 0.8 | Revise damages spreadshet | $ 135.00 | $108.00 |
| 3/22/2018 | Keron Cruz | 0.2 | Revise damages spreadsheet. | $ 135.00 | $27.00 |
| 3/22/2018 | Philip Zipin | 0.4 | Review damages spreadsheet; revise, edit, and transmit demand letter | $ 450.00 | $180.00 |
| 6/3/2018 | Philip Zipin | 0.8 | Review file; begin preparation of Complaint | $ 450.00 | $360.00 |
| 6/6/2018 | Philip Zipin | 1.6 | Review file; draft Complaint; email to client re same | $ 450.00 | $720.00 |
| 6/7/2018 | Philip Zipin | 0.6 | TC client; review email from client; revise and finalize Complaint | $ 450.00 | $270.00 |
| 6/10/2018 | Philip Zipin | 0.3 | Review email from client re final changes to Complaint; finalize Complaint | $ 450.00 | $135.00 |
| 6/12/2018 | Keron Cruz | 0.3 | Draft cover letter to Montgomery County for the filing of Complaint. Fill out Civil Cover Sheet. | $ 135.00 | $40.50 |
| 6/19/2018 | Keron Cruz | 0.1 | T/C with Marcella Latorre. She is interested in joining case. | $ 135.00 | $13.50 |
| 6/19/2018 | Keron Cruz | 0.1 | Email Ms. Latorre's contact info to PZ, | $ 135.00 | $13.50 |
| 6/22/2018 | Keron Cruz | 0.1 | T/C with Marcella Latorre. Wants to speak with PZ. Transfer to PZ. | $ 135.00 | $13.50 |
| 6/29/2018 | Keron Cruz | 0.1 | Request service via Richard Fallin. | $ 135.00 | $13.50 |
| 6/28/2018 | Keron Cruz | 0.1 | Kara Maciel 202-909-2730 called office to introduce herself and said she was counsel for Whole Kids Acamedy. She said she would accept service on behalf of her client. | $ 135.00 | $13.50 |
| 7/2/2018 | Keron Cruz | 0.1 | Called Ms. Maciel to confirm preference for acceptance of service either mail or email. No answer. Left VM. | $ 135.00 | $13.50 |
| 7/2/2018 | Keron Cruz | 0.1 | Per PZ, stop request of service via Richard Fallin and mail out Complaint and Writs of Summons from our office. | $ 135.00 | $13.50 |
| 7/2/2018 | Keron Cruz | 0.3 | Draft cover letter and mail Complaint and Writ of Summons to OC via Certified Mail. | $ 135.00 | $40.50 |
| 7/16/2018 | Philip Zipin | 1 | Conf w/client re OT and wage claims | $ 475.00 | $475.00 |
| 7/25/2018 | Philip Zipin | 0.3 | Review WKA Employee Handbook | $ 475.00 | $142.50 |
| 8/4/2018 | Philip Zipin | 0.2 | Email communication w/client re status of case | $ 475.00 | $95.00 |
| 8/15/2018 | Anthony Bizien | 0.1 | Review corr. from Court re: Notice of Removal; review file. | $ 250.00 | $25.00 |
| 9/21/2018 | Keron Cruz | 0.1 | Email client re: scheduling appointment with PZ to discuss case. | $ 135.00 | $13.50 |

| Date | Timekeeper | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 9/21/2018 | Philip Zipin | 0.3 | Review Court Orders and other communication | $ 475.00 | $142.50 |
| 9/24/2018 | Keron Cruz | 0.1 | Email client re: appt with PZ on 9/25/18 at 4:30pm (tentatively). | $ 135.00 | $13.50 |
| 9/27/2018 | Philip Zipin | 0.2 | Email correspondence w/opp counsel; review and revise draft of Initial Status Report | $ 475.00 | $95.00 |
| 9/27/2018 | Anthony Bizien | 0.1 | Review corr. between PZ and OC re: joint status report. | $ 250.00 | $25.00 |
| 9/27/2018 | Anthony Bizien | 0.2 | Review scheduling order. | $ 250.00 | $50.00 |
| 9/27/2018 | Brenda Arias | 0.1 | T/c w/ Yulisa Delgado - Keron says she may be a witness and will speak with her. | $ 135.00 | $13.50 |
| 9/27/2018 | Keron Cruz | 0.1 | T/C with Ms. Castro. Client confirmed appointment for 10/1/18 at 4:30. Marcela Latorre Munoz and Julissa Delgado will also be in attendance. | $ 135.00 | $13.50 |
| 10/1/2018 | Keron Cruz | 0.1 | Review corr from client confirming 10/1/18 4:30pm appointment. Ms. Castro's email also states the following teachers attending: Marcela Latorre, Yulisa Delgado, Elena de la Jara, Sandra Espinoza & Jennifer Duran. Forward email to PZ. | $ 135.00 | $13.50 |
| 10/1/2018 | Keron Cruz | 0.1 | Per PZ, see if client can come closer to 4:45pm as PZ has new client coming in at 3:30. Awaiting reply back from client to confirm new time. | $ 135.00 | $13.50 |
| 10/1/2018 | Philip Zipin | 2.5 | Meeting w/clients and witness to discuss claims of failure to pay OT, wages, and retaliatory discharge | $ 475.00 | $1,187.50 |
| 10/4/2018 | Philip Zipin | 0.3 | Draft Motion to File Amended Complaint | $ 475.00 | $142.50 |
| 10/5/2018 | Anthony Bizien | 0.1 | Review paperless notice re: cancellation of Rule 16 Conference. | $ 250.00 | $25.00 |
| 10/5/2018 | Philip Zipin | 2.1 | Email correspondence w/opp counsel re filing of Amended Complaint; tc opp counsel re same; draft First Amended Complaint | $ 475.00 | $997.50 |
| 10/9/2018 | Philip Zipin | 1.1 | TC opp counsel; review draft of First Amended Complaint; email to opp counsel re various issues, including tolling of claims; review documents rec'd from Yulisa Delgado re hours worked | $ 475.00 | $522.50 |
| 10/31/2018 | Philip Zipin | 0.9 | Review file and prepare updated damages summary for demand for clients to opp counsel | $ 475.00 | $427.50 |
| 11/1/2018 | Philip Zipin | 1.2 | TCs clients re damages and demand; revise settlement demand; prepare memo re same | $ 475.00 | $570.00 |
| 11/2/2018 | Philip Zipin | 0.6 | Review damages summary; email to opp counsel re settlement demand | $ 475.00 | $285.00 |
| 12/6/2018 | Philip Zipin | 0.3 | Email correspondence w/opp counsel, clients; tc opp counsel re early ADR | $ 475.00 | $142.50 |
| 12/10/2018 | Philip Zipin | 0.1 | Email correspondence w/client re early ADR | $ 475.00 | $47.50 |
| 12/13/2018 | Anthony Bizien | 0.1 | Review corr. from court re: scheduling mediation. | $ 250.00 | $25.00 |

| Date | Timekeeper | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2018 | Philip Zipin | 0.3 | Email exchanges w/client, opp counsel, Court re mediation date and prep therefor | $ 475.00 | $142.50 |
| 12/14/2018 | Anthony Bizien | 0.1 | Review corr. from court re: holding mediation date. | $ 250.00 | $25.00 |
| 12/15/2018 | Anthony Bizien | 0.1 | Review corr. from OC to court re: scheduling mediation. | $ 250.00 | $25.00 |
| 12/17/2018 | Anthony Bizien | 0.1 | Review corr. from Court re: scheduling mediation. | $ 250.00 | $25.00 |
| 12/19/2018 | Anthony Bizien | 0.1 | Review corr. from PZ and OC re: scheduling mediation. | $ 250.00 | $25.00 |
| 12/20/2018 | Philip Zipin | 0.2 | Email correspondence w/opp counsel re rescheduling of mediation; tc opp counsel re same | $ 475.00 | $95.00 |
| 12/21/2018 | Anthony Bizien | 0.1 | Review Order scheduling mediation and Order re: Joint Status Report. | $ 250.00 | $25.00 |
| 12/27/2018 | Philip Zipin | 1.8 | Review file and prep for meeting w/clients re mediation; meeting w/clients to prep for mediation | $ 475.00 | $855.00 |
| 12/31/2018 | Philip Zipin | 1.6 | Review file; draft mediation letter to Judge Day | $ 475.00 | $760.00 |
| 2/12/2019 | Philip Zipin | 0.2 | Email correspondence w/client re letters of support from parents | $ 475.00 | $95.00 |
| 2/21/2019 | Keron Cruz | 0.1 | TC w/ Axel Reyes (703-935-9292). Email PZ re: Mr. Reyes request to speak w/ PZ as to potentially serving as witness for wife, Yulissa Delgado. | $ 135.00 | $13.50 |
| 2/25/2019 | Keron Cruz | 0.1 | Email PZ Axel Reyes (Husband of Yulissa Delgado) contact information. | $ 135.00 | $13.50 |
| 2/27/2019 | Philip Zipin | 0.2 | Email correspondence w/client re mediation | $ 475.00 | $95.00 |
| 2/28/2019 | Philip Zipin | 0.2 | TC w/Axel Reyes re his witness testimony | $ 475.00 | $95.00 |
| 3/1/2019 | Philip Zipin | 4.2 | Review file; prepare mediation letter to Judge Day; draft demand letter to opp counsel; meeting w/clients re mediation and settlement position | $ 475.00 | $1,995.00 |
| 3/4/2019 | Philip Zipin | 0.4 | Review and reply to email from witness; review WKA Tuition Fees and Schedule for 2018-19 | $ 475.00 | $190.00 |
| 3/7/2019 | Philip Zipin | 1.5 | Review file; revise and recalculate damages; revise letter to Judge Day | $ 475.00 | $712.50 |
| 3/7/2019 | Keron Cruz | 0.3 | Revise damages calculations spreadsheet. | $ 135.00 | $40.50 |
| 3/8/2019 | Keron Cruz | 0.1 | Email Judge Day letter from PZ. | $ 135.00 | $13.50 |
| 3/8/2019 | Philip Zipin | 0.2 | Review letter from opp counsel re settlement offer; email to clients re same | $ 475.00 | $95.00 |
| 3/12/2019 | Philip Zipin | 0.2 | Email correspondence w/Court, clients re mediation | $ 475.00 | $95.00 |
| 3/15/2019 | Philip Zipin | 1 | Mediation prep. | $ 475.00 | $475.00 |
| 3/15/2019 | Philip Zipin | 6 | Mediation. | $ 475.00 | $2,850.00 |
| 3/14/2019 | Philip Zipin | 0.8 | Review supporting letter from Aurora; email correspondence w/same; review file and prep for mediation | $ 475.00 | $380.00 |
| 3/15/2019 | Keron Cruz | 0.1 | Create Dropbox link for PZ and client. Contains 8.29.18 corr from OC along with Exhibits A-O. | $ 135.00 | $13.50 |

| Date | Timekeeper | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 3/17/2019 | Philip Zipin | 0.5 | Review letter and documents from opp counsel | $ 475.00 | $237.50 |
| 3/25/2019 | Philip Zipin | 0.3 | Review email and draft Joint Motion for Protective Order and Joint Status Report from opp counsel; email to opp counsel re changes to same | $ 475.00 | $142.50 |
| 4/15/2019 | Philip Zipin | 0.3 | TC Judge Day's chambers; email correspondence w/opp counsel, client re mediation continuation, document production | $ 475.00 | $142.50 |
| 5/9/2019 | Philip Zipin | 2.9 | Email correspondence w/opp counsel; meeting w/clients to prepare for mediation continuation | $ 475.00 | $1,377.50 |
| 5/10/2019 | Keron Cruz | 0.2 | Per PZ, redact client documents. Email PZ batestamped CASTRO 001-017. | $ 135.00 | $27.00 |
| 5/10/2019 | Philip Zipin | 0.5 | Revise and edit email to opp counsel; review redacted letters from parents and fellow teachers | $ 475.00 | $237.50 |
| 5/14/2019 | Keron Cruz | 0.2 | Conf. w. PZ re: revision of Castro damages and start of Marcella Latorre damages ss. | $ 135.00 | $27.00 |
| 5/14/2019 | Philip Zipin | 1.9 | Review and organize file; review tax returns from Defendants; draft letter to Judge Day | $ 475.00 | $902.50 |
| 5/17/2019 | Keron Cruz | 0.4 | Review Cintya Castro damages calculations ss. | $ 135.00 | $54.00 |
| 5/17/2019 | Keron Cruz | 0.1 | Conf. w/ PZ re: revised Castro damages ss. | $ 135.00 | $13.50 |
| 5/17/2019 | Keron Cruz | 0.4 | Review Marcela Latorre documents. Create damages calculation ss. | $ 135.00 | $54.00 |
| 5/20/2019 | Keron Cruz | 0.1 | Revise Castro damages ss. Finalize ss. | $ 135.00 | $13.50 |
| 5/20/2019 | Keron Cruz | 0.2 | Conf w/ PZ re: Marcela Latorre timecard reports. TC w/ client for clarification of calculating non-recorded time. | $ 135.00 | $27.00 |
| 5/20/2019 | Philip Zipin | 0.3 | Confs w/paralegal re revised damages totals | $ 475.00 | $142.50 |
| 5/21/2019 | Jackeline Londono | 0.2 | T/C with Julesa Delgado re: mediation tomorrow. Will email info of mediation to her. | $ 135.00 | $27.00 |
| 5/21/2019 | Keron Cruz | 0.1 | Text mediation details to all plaintiffs. | $ 135.00 | $13.50 |
| 5/21/2019 | Keron Cruz | 0.3 | Work on Marcela Latorre calculation spreadsheet. Conf. w/ PZ re: calculations. Revise ss for final calculation damages. | $ 135.00 | $40.50 |
| 5/21/2019 | Keron Cruz | 0.5 | Create Yulisa Delgado damages calculations ss. | $ 135.00 | $67.50 |
| 5/21/2019 | Philip Zipin | 0.8 | TCs Judge Day, confs w/paralegal re updating damages spreadsheets; prep for mediation continuation | $ 475.00 | $380.00 |
| 5/22/2019 | Philip Zipin | 5.5 | Mediation Continuation;  confs w/associates and clients re status and strategy | $ 475.00 | $2,612.50 |
| 5/21/2019 | Keron Cruz | 0.1 | Conf. w/ PZ re: Yulisa Delgado damages calculation ss. | $ 135.00 | $13.50 |
| 5/21/2019 | Keron Cruz | 0.4 | Update Mediation binder in preparation of mediation continuation. | $ 135.00 | $54.00 |
| 6/3/2019 | Philip Zipin | 0.4 | Review file; email to opp counsel re status | $ 475.00 | $190.00 |

| Date | Name | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 6/26/2019 | Roy Lyford-Pike | 0.3 | Conf. w/ PZ | $ 260.00 | $78.00 |
| 7/8/2019 | Anthony Bizien | 0.1 | Review Order granting Motion to Withdraw as counsel. | $ 250.00 | $25.00 |
| 7/8/2019 | Anthony Bizien | 0.1 | Review corr. from court re: pro se parties. | $ 250.00 | $25.00 |
| 7/16/2019 | Roy Lyford-Pike | 0.2 | Review file | $ 260.00 | $52.00 |
| 7/19/2019 | Philip Zipin | 0.3 | Conf w/RLP re filing of Amended complaint and drafting of discovery | $ 475.00 | $142.50 |
| 7/24/2019 | Roy Lyford-Pike | 0.3 | Review file (0.1); prepare Notice of Entry of Appearance, revise and edit same, file same (0.2) | $ 260.00 | $78.00 |
| 7/24/2019 | Roy Lyford-Pike | 0.1 | Review corr. from court | $ 260.00 | $26.00 |
| 7/19/2019 | Roy Lyford-Pike | 0.3 | Conf w/PZ re filing of Amended complaint and drafting of discover | $ 260.00 | $78.00 |
| 7/24/2019 | Anthony Bizien | 0.1 | Review RLP Notice of Appearance. | $ 250.00 | $25.00 |
| 7/24/2019 | Roy Lyford-Pike | 0.1 | Conf. w/ PZ | $ 260.00 | $26.00 |
| 8/7/2019 | Anthony Bizien | 0.1 | Review bankruptcy documents. | $ 250.00 | $25.00 |
| 8/13/2019 | Roy Lyford-Pike | 0.3 | Review file; review judge's order re: withdrawal; review docket | $ 260.00 | $78.00 |
| 8/21/2019 | Roy Lyford-Pike | 0.2 | Review notice of filing of case in bankruptcy court | $ 260.00 | $52.00 |
| 8/21/2019 | Roy Lyford-Pike | 0.2 | Review bankruptcy filings | $ 260.00 | $52.00 |
| 9/8/2019 | Roy Lyford-Pike | 0.5 | Review bankruptcy filings, update calendar and tasks | $ 260.00 | $130.00 |
| 9/9/2019 | Roy Lyford-Pike | 0.2 | Conf. w/ PZ re: status of case | $ 260.00 | $52.00 |
| 9/13/2019 | Roy Lyford-Pike | 0.6 | Review file; prepare suggestion of bankruptcy; revise and edit same; file same | $ 260.00 | $156.00 |
| 11/8/2019 | Roy Lyford-Pike | 2.5 | Review file; legal research re: defendant's identities; review docket and all filings; prepare first amended complaint | $ 260.00 | $650.00 |
| 11/15/2019 | Roy Lyford-Pike | 0.2 | Conf. w/ PZ re: status of case | $ 260.00 | $52.00 |
| 11/22/2019 | Ariel Anzora | 0.1 | TC with Delgado regarding a call she received last week. Conference with RLP confirming he called. | $ 135.00 | $13.50 |
| 12/9/2019 | Roy Lyford-Pike | 1.7 | Review file; prepare notice of proofs of claims for all plaintiffs; revise and edit same; file same | $ 260.00 | $442.00 |
| 12/10/2019 | Roy Lyford-Pike | 1.1 | Review and revise amended complaint; file same | $ 260.00 | $286.00 |
| 12/10/2019 | Roy Lyford-Pike | 0.4 | Review bankruptcy motion for approval of assumption of unexpired lease and order granting same | $ 260.00 | $104.00 |
| 1/8/2020 | Roy Lyford-Pike | 0.2 | Conf. w/ PZ re: status of case | $ 260.00 | $52.00 |
| 1/10/2020 | Caitlin Banez | 0.1 | TC w/ Mr. Gilman for RLP. Email RLP. | $ 135.00 | $13.50 |
| 1/16/2020 | Roy Lyford-Pike | 0.1 | LM w/ OC re: status of case | $ 260.00 | $26.00 |
| 1/26/2020 | Roy Lyford-Pike | 0.2 | Status check on file; review all tasks and deadlines | $ 260.00 | $52.00 |
| 4/23/2020 | Roy Lyford-Pike | 0.6 | Review defendant's MTD bankruptcy | $ 260.00 | $156.00 |

| Date | Timekeeper | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 4/23/2020 | Roy Lyford-Pike | 0.3 | Review defendants' motion to shorten time to file response | $ 260.00 | $78.00 |
| 4/23/2020 | Roy Lyford-Pike | 0.8 | Review bankruptcy filings by Esler individuals (0.5); TC w/ PZ re: same and litigation strategy (0.2); update calendar and tasks (0.1) | $ 260.00 | $208.00 |
| 4/23/2020 | Roy Lyford-Pike | 0.2 | Review corr. from bankruptcy lawyer re: MTD and motion to shorten time | $ 260.00 | $52.00 |
| 4/23/2020 | Roy Lyford-Pike | 0.1 | Review order from bankruptcy court granting motion to shorten time | $ 260.00 | $26.00 |
| 4/20/2020 | Roy Lyford-Pike | 0.3 | Review D's amended motion to shorten time and amended notice | $ 260.00 | $78.00 |
| 4/27/2020 | Roy Lyford-Pike | 1.1 | Review bankruptcy filings; file proofs of claims for clients | $ 260.00 | $286.00 |
| 5/10/2020 | Roy Lyford-Pike | 0.2 | TC w/ PZ re: status of case and next steps | $ 260.00 | $52.00 |
| 6/3/2020 | Roy Lyford-Pike | 0.2 | Review corrs. from Court re: scheduling recorded phone call | $ 260.00 | $52.00 |
| 6/23/2020 | Roy Lyford-Pike | 2.9 | Review file; review bankruptcy documents; prepare motion for entry of order default; revise and edit same; file same | $ 260.00 | $754.00 |
| 6/24/2020 | Roy Lyford-Pike | 0.6 | Prepare for teleconference with Court (0.2); attend teleconference with Court re: status of case (0.3); update calendar and tasks in light of teleconference (0.1) | $ 260.00 | $156.00 |
| 6/24/2020 | Roy Lyford-Pike | 0.1 | Review order from court | $ 260.00 | $26.00 |
| 6/24/2020 | Roy Lyford-Pike | 0.2 | Conf. w/ PZ re: status of case | $ 260.00 | $52.00 |
| 7/6/2020 | Caitlin Banez | 0.2 | Draft quarterly report. Email to RLP for review. | $ 135.00 | $27.00 |
| 7/7/2020 | Roy Lyford-Pike | 1.6 | Review file; prepare plaintiff's status report per court's order; revise and edit same; file same | $ 260.00 | $416.00 |
| 7/21/2020 | Roy Lyford-Pike | 0.4 | Conf. w/ PZ re: status of case and next steps | $ 260.00 | $104.00 |
| 7/23/2020 | Roy Lyford-Pike | 0.2 | Prepare corr. to Marcela Latorre re: status of case | $ 260.00 | $52.00 |
| 7/23/2020 | Roy Lyford-Pike | 1.3 | Prepare second amended complaint; revise and edit same; file same | $ 260.00 | $338.00 |
| 7/23/2020 | Roy Lyford-Pike | 0.8 | Prepare suggestion of bankruptcy; revise and edit same; file same | $ 260.00 | $208.00 |
| 8/5/2020 | Roy Lyford-Pike | 0.2 | File review: review all pleadings, orders, deadlines, and calendar | $ 260.00 | $52.00 |
| 10/1/2020 | Caitlin Banez | 0.2 | Draft quarterly report and email to RLP. | $ 135.00 | $27.00 |
| 11/10/2020 | Roy Lyford-Pike | 0.2 | Review order from court scheduling conference call for 11/17/20; update calendar and tasks | $ 260.00 | $52.00 |
| 11/16/2020 | Roy Lyford-Pike | 0.2 | Review corr. from court rescheduling conference call to December 7, update calendar and tasks | $ 260.00 | $52.00 |
| 12/4/2020 | Anthony Bizien | 0.4 | Prepare Notice of Withdrawal. | $ 250.00 | $100.00 |
| 12/7/2020 | Roy Lyford-Pike | 0.5 | Attend recorded call with Chambers and Esler Defendants | $ 260.00 | $130.00 |
| 12/7/2020 | Roy Lyford-Pike | 0.3 | Review file and prepare for conference call with chambers | $ 260.00 | $78.00 |
| 12/7/2020 | Roy Lyford-Pike | 0.4 | Review file, prepare line correcting earlier statement during recorded call | $ 260.00 | $104.00 |
| 12/7/2020 | David Vidal-Irizarry | 0.2 | Prepare mailing | $ 135.00 | $27.00 |

| Date | Timekeeper | Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| 12/7/2020 | Roy Lyford-Pike | 0.2 | Review letter order from Court, respond to corr. from PZ re: same | $ 260.00 | $52.00 |
| 12/8/2020 | Roy Lyford-Pike | 0.1 | Review notice of withdrawal of appearance of AB | $ 260.00 | $26.00 |
| 12/16/2020 | Philip Zipin | 0.5 | TC opp counsel and RLP re settlement possibilities; conf w/RLP re same | $ 475.00 | $237.50 |
| 12/16/2020 | Roy Lyford-Pike | 0.3 | TC opp counsel and PZ re settlement possibilities | $ 260.00 | $78.00 |
| 12/16/2020 | Roy Lyford-Pike | 0.7 | Review file and mediation/settlement notes, tc w/ PZ re: same, confs. w/ BA re: calculation of all new fees and expenses since last mediation date on 5/22/19 | $ 260.00 | $182.00 |
| 12/16/2020 | Roy Lyford-Pike | 0.2 | Prepare corr. to PZ re: calculation of damages and fees for settlement | $ 260.00 | $52.00 |
| 12/16/2020 | Roy Lyford-Pike | 0.2 | Follow up conf. w/ PZ re: settlement discussions and conversation to have with clients | $ 260.00 | $52.00 |
| 12/16/2020 | David Vidal-Irizarry | 0.2 | T/c w/ clients re: set up Friday call with RLP and PZ. Call set for 3pm. left VM for Ms. Castro | $ 135.00 | $27.00 |
| 12/16/2020 | David Vidal-Irizarry | 0.1 | T/c w/ Ms. Castro re: confirm 3pm call | $ 135.00 | $13.50 |
| 12/18/2020 | David Vidal-Irizarry | 0.1 | Connect conference call with plaintiffs and RLP | $ 135.00 | $13.50 |
| 12/18/2020 | Philip Zipin | 0.7 | TCs clients and RLP re settlement; tc Linda Thatcher re same | $ 475.00 | $332.50 |
| 12/21/2020 | Philip Zipin | 0.3 | TC opp counsel re settlement offer; tc RLP re same | $ 475.00 | $142.50 |
| 12/22/2020 | Philip Zipin | 0.9 | Corresp w/clients, RLP, opp counsel re settlement terms; tcs opp counsel and RLP re same | $ 475.00 | $427.50 |
| 12/24/2020 | Roy Lyford-Pike | 1.5 | Prepare settlement agreement; revise and edit same; send same to OC for review | $ 260.00 | $390.00 |
| 12/28/2020 | Roy Lyford-Pike | 0.6 | Confs. w/ PZ and OC re: settlement strategy; revise settlement agreement and send to PZ for approval | $ 260.00 | $156.00 |
| 12/28/2020 | Philip Zipin | 0.6 | Email and tcs w/RLP, opp counsel re settlement agreement | $ 475.00 | $285.00 |
| 12/28/2020 | Roy Lyford-Pike | 1.1 | Corrs. w/ PZ and OC finalizing settlement; prepare consent motion to proceed before magistrate judge; send follow up corr. to OC re: same | $ 260.00 | $286.00 |
| 12/29/2020 | Roy Lyford-Pike | 0.4 | Prepare corr. to clients re: settlement agreement for execution | $ 260.00 | $104.00 |
| 12/29/2020 | Roy Lyford-Pike | 0.1 | Review and respond to corr. from PZ re: status of settlement and forward updates to clients | $ 260.00 | $26.00 |
| 12/30/2020 | Roy Lyford-Pike | 0.4 | Conf. w/ PZ re: status of settlement and preparing joint motion for settlement approval | $ 260.00 | $104.00 |
| 12/30/2020 | Roy Lyford-Pike | 0.2 | Prepare corr. to OC re: fully executed settlement agreements and joint motion for settlement approval | $ 260.00 | $52.00 |
| 1/4/2021 | Roy Lyford-Pike | 0.5 | Conf. w/ PZ re: status of case and next steps | $ 260.00 | $130.00 |

| Date | Attorney | Hours | Description | Rate | Total |
|---|---|---|---|---|---|
| 1/5/2021 | Roy Lyford-Pike | 3.1 | Prepare Joint Motion for Settlement Approval; revise and edit same; send same to PZ for review | $ 260.00 | $806.00 |
| 1/6/2021 | Philip Zipin | 0.5 | Review draft of Joint Motion for Approval of Settlement; corresp w/RLP and opp counsel re same | $ 475.00 | $237.50 |
| 1/6/2021 | Roy Lyford-Pike | 1.3 | Confs. w/ PZ re: additional edits to joint motion for settlement approval; revise and edit same; send same to OC for review | $ 260.00 | $338.00 |
| 1/6/2021 | Roy Lyford-Pike | 0.3 | File joint motion for settlement approval | $ 260.00 | $78.00 |
| 1/14/2021 | Roy Lyford-Pike | 0.5 | Review and respond to corr. from BA re: how to handle checks from Defendant; conf. w/ PZ re: same | $ 260.00 | $130.00 |
| 1/25/2021 | Roy Lyford-Pike | 0.2 | Conf. w/ PZ re: calling Judge Day's chambers re: status of joint motion; leave voicemail with Judge Day's chambers re: same | $ 260.00 | $52.00 |
| 1/25/2021 | Roy Lyford-Pike | 0.5 | Review order from court denying joint motion for settlement approval | $ 260.00 | $130.00 |
| 1/25/2021 | Roy Lyford-Pike | 0.1 | Review corr. from OC re: order denying joint motion | $ 260.00 | $26.00 |
| 1/26/2021 | Philip Zipin | 0.8 | Review Order denying motion for judicial approval; conf w/RLP re same and supplementing record; tc opp counsel re same; review draft of renewed Motion to Approve Settlement | $ 475.00 | $380.00 |
| 1/26/2021 | Roy Lyford-Pike | 2.9 | Prepare renewed joint motion for approval; revise and edit same; conf. w/ PZ re: same; prepare corr. to OC re: same | $ 260.00 | $754.00 |
| 1/27/2021 | Roy Lyford-Pike | 2.7 | Revise and edit joint motion for settlement approval; rebuild damages calculations; compile and arrange all exhibits; give to PZ for review | $ 260.00 | $702.00 |
| 1/27/2021 | Philip Zipin | 0.6 | Review and edit Renewed Motion for Approval of Settlement; conf w/RLP re same | $ 475.00 | $285.00 |
| 1/28/2021 | Roy Lyford-Pike | 0.5 | Review PZ's edits to renewed joint motion for settlement approval; final review of same; forward to OC for review and approval | $ 260.00 | $130.00 |
| 2/2/2021 | Roy Lyford-Pike | 2.6 | Review corr. from OC re: edits to renewed joint motion; revise and edit same; compile exhibits to same and send to OC for review; legal research re: Saman and other caselaw concerning approval of FLSA settlements in the D. Md.; send corr. to OC re: same | $ 260.00 | $676.00 |
| 2/3/2021 | Roy Lyford-Pike | 0.2 | Conf. w/ PZ re: joint motion for settlement approval | $ 260.00 | $52.00 |
| 2/4/2021 | Roy Lyford-Pike | 1.7 | Review corr. from OC with additional edits by her client to the joint motion; revise and edit join motion and annotate same; send to OC with comments for review | $ 260.00 | $442.00 |
| 2/5/2021 | Roy Lyford-Pike | 0.1 | Review and respond to corr. from OC re: OK to file renewed motion | $ 260.00 | $26.00 |

| Date | Name | Hours | Description | Rate | Total |
|---|---|---|---|---|---|
| 2/5/2021 | Roy Lyford-Pike | 1.1 | Finalize renewed joint motion; revise and edit same; prepare, collect, and organize exhibits; file same | $ 260.00 | $286.00 |
| | | | **TOTAL FEES:** | | **$40,459.95** |