| Date | Description | Rate |
|------|-------------|------|
| 6/14/2018 | Circuit Court for Montgomery County Complaint filing fee ZAG OP, CK#4639 | $165.00 |